IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALEXANDER BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-1217-WKW |
| | ) | |
| BILL FRANKLIN, Sheriff of Elmore County, Alabama, in his individual capacity, and GARY BOWERS, administrator of the Elmore County Jail, in his individual capacity, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 27, 2007, the Magistrate Judge filed a Recommendation (Doc. # 28) to deny Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 25). No timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #28) is ADOPTED; and

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 25) is DENIED.

DONE this 2nd day of April, 2007.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE